YOLANDA BARRERA (SBN 91582)
Attorney at Law
Email: ybarrera@sbcglobal.net
421 E. Huntington Drive
Monrovia, CA 91016
Telephone: (626) 574-1053
Facsimile: (626) 574-9043

Attorney for Defendant
Andrew Anthony Wallace

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARTIN TORRES et al.,<br>ANDREW ANTHONY WALLACE (10)<br><br>Defendants. | NO. CR 10-01311-MMM<br><br>[PROPOSED]<br><br>ORDER RE: SEALING OF DOCUMENTS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Andrew Anthony Wallace's ex parte application to file DEFENDANT ANDREW ANTHONY WALLACE'S EX PARTE APPLICATION under seal and in camera is granted. The document sought to be filed under seal and in camera and the defendant's ex parte application for sealed filing shall both be filed under seal.

Dated: June 20, 2011

_____
HONORABLE MARGARET M. MORROW
United States District Judge

**OR IN CASE OF DENIAL**