YOLANDA BARRERA (SBN 91582)
Attorney at Law
Email: ybarrera@sbcglobal.net
421 E. Huntington Drive
Monrovia, CA   91016
Telephone: (626) 574-1053
Facsimile: (626) 574-9043

Attorney for Defendant
Andrew Anthony Wallace

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-01311-MMM |
| Plaintiff, | [PROPOSED] |
| v. | ORDER RE: ISSUANCE OF OUT OF DISTRICT SUBPOENAS AND EARLY RETURN OF SUBPOENAS; |
| JOSE MARTIN TORRES et al., ANDREW ANTHONY WALLACE (10) | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the requested out-of-district subpoena duces tecum may issue as reflected on the under seal filing of schedule of subpoenas.

IT IS FURTHER ORDERED THAT counsel may request an early return on these out of district subpoenas.

_____
HONORABLE MARGARET M. MORROW
United States District Judge

DATED: June 20, 2011

Presented by:

/s/
_____
Yolanda Barrera
Attorney for Defendant
Andrew Anthony Wallace